UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALISHA R. SILBAUGH,

                  Plaintiff,

     v.

UNITED STATES DEPARTMENT OF
LABOR, et al.,

                Defendants.

CASE NO. 2:18-cv-01182-JCC

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 13th day of August, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge