THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALISHA R. SILBAUGH, | CASE NO. C18-1182-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF LABOR (DOL), OFFICE OF WORKERS' COMPENSATION PROGRAMS GLEN B. CROMAN OF SEATTLE DISTRICT OFFICE 14, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to correct the identity of the named Defendant (Dkt. No. 7). Plaintiff's motion is GRANTED. R. Alexander Acosta, Secretary of Labor is hereby substituted as the named Defendant in this action in the place of United States Department of Labor (DOL), Office of Workers' Compensation Programs, and Glen B. Croman of Seattle District Office 14.

//

//

//

DATED this 14th day of August 2018.

        William M. McCool
        Clerk of Court

        s/Tomas Hernandez
        Deputy Clerk