UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALISHA R. SILBAUGH, | CASE NO. C18-1182-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| R. ALEXANDRER ACOSTA, Secretary of Labor, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. "The United States, a United States agency, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint . . . within 60 days after service on the United States attorney." Fed. R. Civ. P. 12(a)(2). In this case, service of summons and the complaint were returned executed upon Defendant on September 11, 2018. (Dkt. No. 12.) The 60-day deadline for Defendant to file an answer passed on November 10, 2018. Therefore, Defendant is ORDERED TO SHOW CAUSE by November 26, 2018 why an entry of default should not be entered.

\\
\\

1       DATED this 13th day of November 2018.

                                      William M. McCool
                                      Clerk of Court

                                      s/Tomas Hernandez
                                      Deputy Clerk

MINUTE ORDER
C18-1182-JCC
PAGE - 2