THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALISHA R. SILBAUGH, | CASE NO. C18-1182-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| R. ALEXANDER ACOSTA, Secretary of Labor, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for an order to show cause (Dkt. No. 15). At the time Plaintiff filed her motion, Defendant had not yet filed a notice of appearance. (*Id*.) On the same day, the Government filed a notice of appearance on behalf of Defendant and has challenged Plaintiff's service of process as improper. (Dkt. No. 17.) As Defendant is now represented in this case, Plaintiff's motion for an order to show cause is DENIED.

DATED this 27th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1182-JCC
PAGE - 1