THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALISHA R. SILBAUGH, | CASE NO. C18-1182-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| R. ALEXANDER ACOSTA, Secretary of Labor, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion for a stay of deadlines in this case (Dkt. No. 24). Finding good cause, the motion is GRANTED. All deadlines in this case are hereby STAYED. The status conference scheduled for January 22, 2019 is VACATED. The parties are ORDERED to file a joint status report, including a proposed date for a status conference, within 14 days of the day on which appropriations are restored to Defendant.

DATED this 15th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1182-JCC
PAGE - 1