THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALISHA R. SILBAUGH, | CASE NO. C18-1182-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| R. ALEXANDER ACOSTA, Secretary of Labor, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 26). The stay in this case is hereby LIFTED. The parties are hereby ORDERED to appear for a status conference on Tuesday, March 12, 2019 at 9:00 a.m. Defendant's appearance at the status conference will not waive its defense of insufficient service.

DATED this 13th day of February 2019.

        William M. McCool
        Clerk of Court

        s/Tomas Hernandez
        Deputy Clerk

MINUTE ORDER
C18-1182-JCC
PAGE - 1